# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Alwayne Dontrell Quillin, Jr., *Plaintiff*, v. Daniel Simon in his Official Capacity as Sheriff of Lee County, a/k/a Lee County Sheriff's Office, *Defendants*. | Case No. 3:20-CV-03063-CMC-SVH<br><br>ORDER FOR EXTENSION OF TIME |

This matter is before the court on the Plaintiff's Motion for Extension of time to file Response and Objections. After a thorough review, the court grants the Motion.

It is therefore ORDERED that Plaintiff's deadline to file their response is extended to March 15, 2021 and objections on March 17, 2021.

IT IS SO ORDERED.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 9, 2021