AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Alwayne Dontrell Quillin, Jr.,
*Plaintiff*
v.
Daniel Simon *in his Official Capacity as Sheriff of Lee County also known as Lee County Sheriff's Office*,

*Defendants*.

Civil Action No.    3:20-cv-03063-CMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Alwayne Dontrell Quillin, Jr., shall take nothing of the defendant, Daniel Simon *in his Official Capacity as Sheriff of Lee County also known as Lee County Sheriff's Office*, and this action is dismissed without prejudice as to the federal claims.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the federal claims..

Date:  April 23, 2021                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                  s/L. Baker

                                                                                  *Signature of Clerk or Deputy Clerk*